UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| In re: | ) |
| --- | --- |
| | ) |
| DONALD WAYNE BUSH and | ) Cause No. 1:15-cv-1318-WTL-DKL |
| KIMBERLY ANN BUSH, | ) |
| | ) Bankruptcy Cause No. 14-9053-JMC |
| Debtors. | ) Chapter 7 |
| | ) |

## JUDGMENT

The Court having this date made its Entry, **IT IS THEREORE ADJUDGED** that the Bankruptcy Court's order granting the Debtors' Motion to Determine Tax Liability and its order denying the United States' motion to reconsider that order are **REVERSED** and this case is **REMANDED** to the Bankruptcy Court for further proceedings consistent with this Court's Entry.

SO ORDERED: 8/12/16

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic notification